# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 02 C 50201 | **DATE** | 6/6/2006 |
| **CASE TITLE** | Holten vs. City of Genoa, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons set forth in the attached Memorandum Opinion and Order, the Illinois State Police January 20, 2006 Motion to Quash is denied. ISP is to produce materials and documents, as noted in the Opinion and Order, by June 23, 2006. The court is returning all materials submitted for in camera inspection to Assistant Attorney General Katherine Laurent.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|