IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| DELLACE HOLTEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 02 C 50201 |
| | ) | |
| v. | ) | Judge Mahoney |
| | ) | |
| CITY OF GENOA, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S COUNSEL'S EMERGENCY MOTION TO WITHDRAW**

NOW COMES Plaintiff's counsel, LOEVY & LOEVY, and moves this Court for any order permitting them to withdraw their appearance in this case. In support, counsel states as follows:

1. On December 7, 2009, Plaintiff filed a *pro se* motion for new counsel. In that motion, Plaintiff requests new counsel and a stay to prevent "further malpractice, negligence, breach of fiduciary duty, and violation of federal rules... ." Dckt. No. 165 at 4.

2. Given that Plaintiff no longer wishes his current counsel to represent him, Plaintiff's counsel is obligated to withdraw. *See* L.R. 83.51.16(a)(4) ("A lawyer representing a client before a tribunal shall withdraw from employment ... if: the lawyer is discharged by the client.").; *see also* 134 Ill.2d R. 1.16(a)(4) (same).

3. Accordingly, Plaintiff's counsel seeks leave of this Court to withdraw their representation of Plaintiff.

Wherefore, Plaintiff's counsel respectfully requests an Order of this Court granting them leave to withdraw their appearance in this case.

                                      RESPECTFULLY SUBMITTED,

                                      S/ Russell Ainsworth
                                      Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
Julie Thompson
LOEVY & LOEVY
312 North May
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

      I, Russell Ainsworth, an attorney, certify that on December 7, 2009, I delivered by electronic means a copy of the attached Motion to all counsel of record.

                                        S/ Russell Ainsworth