91/04-5226.DV / kjs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DELLACE HOLTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:02 CV 50201 |
| ) | |
| CITY OF GENOA, JOHN KLINK, and ) | |
| ROBERT SMITH, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' WRITTEN STATUS REPORT**

NOW COME the Defendants, CITY OF GENOA, JOHN KLINK and ROBERT SMITH, by and through one of their attorneys, WILLIAM W. KURNIK, and in light of the Court striking the recent status date and granting the Plaintiff additional time within which to retain counsel, the Defendants wish to advise the Court of Defendant John Klink's unavailability for trial until August 2011.

As the Court is aware, John Klink is a Marine colonel in the reserves and recently received orders directing that he report for active duty and he is currently on active duty in California. He has also received orders deploying him to Afghanistan in mid-March 2010, during which he will be embedded with Afghan troops and training Afghan troops for the eventual withdrawal of American troops from Afghanistan. As a result, John Klink will be unavailable to attend any trial in March 2010. He anticipates that his tour may exceed one year and believes that he will not be available for trial from March 2010 until August 2011.

However, should the Plaintiff be willing to abandon his search for an attorney and represent himself *pro se* and should this Court or another judge be available, the Defendants would be prepared to try this matter during the second or third week in February 2010.

        Respectfully submitted by,

        s/ William W. Kurnik
        WILLIAM W. KURNIK, Attorney I.D. #01550632
        One of the Attorneys for Defendants CITY OF
        GENOA, JOHN KLINK and ROBERT SMITH

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on January 14, 2010, the foregoing ***DEFENDANTS' WRITTEN STATUS REPORT*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

        SEE ATTACHED ELECTRONIC FILING SERVICE LIST

and a copy of the foregoing was mailed by United States Postal Service to the following non-CM/ECF participant:

        Mr. Dellace Holten
        c/o Winnebago County Jail
        650 West State Street
        Rockford, Illinois 61102

        s/ William W. Kurnik
        WILLIAM W. KURNIK, Attorney I.D. #01550632
        KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
        2860 River Road, Suite 400
        Des Plaines, IL 60018-6009
        Telephone:    847-298-8000
        Facsimile:    847-298-8014
        E-Mail:    bkurnik@khkklaw.com

**ELECTRONIC FILING SERVICE LIST**

Matthew T. Jenkins at mjenkins@loevy.com, mtj@corboydemetrio.com

Krista Eleanore Oswald at tmulligan@khkklaw.com, koswald@khkklaw.com

Russell R. Ainsworth at eva@loevy.com, russell@loevy.com

Vincent C. Cipolla at vcipolla@khkklaw.com

Elizabeth Ann Knight at eknight@khkklaw.com

Jonathan I. Loevy at jon@loevy.com

Katherine Harvie Laurent at mcapra@atg.state.il.us, klaurent@atg.state.il.us

William W. Kurnik at bkurnik@khkklaw.com

Arthur R. Loevy at loevylaw@loevy.com

Michael I. Kanovitz at mike@loevy.com

Julie Marie Thompson at jmt127@gmail.com


KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendants CITY OF GENOA,
JOHN KLINK and ROBERT SMITH
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:    847-261-0700
Facsimile:    847-261-0714
E-Mail:       bkurnik@khkklaw.com


5226 Status Report 10-01-14