UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
FEB 23 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DELLACE HOLTEN JR.
  Plaintiff.

vs.

Case No. 02C50201

CITY OF GENOA

JOHN KLINK

ROBERT SMITH
  Defendants.

## MOTION STATUS REPORT

NOW COMES: Plaintiff Dellace Holten JR. pro se in compliance with THE HONORABLE MAGISTRATE JUDGE Michael P. Mahoney directed order to send a 2 page written status report to the court by 3/2/2010.

1.) That the plaintiff through his family Dellace Holten SR. and James Johnson have found a number of attorneys who are interested in 02C50201 until they discover what they call intentional sabotage and cover-up assistance by my former attorneys Loevy + Loevy and that discovery was closed i'm told in 2005, without tendering very discoverable key evidence material, photos, and witnesses, as to limit, and compromise the out come of trial and minimize recovery or award, as a pre-determined result.

2.) That this effort to withold evidence and witnesses from the federal trial was in addition to protect Ogle County and the State Police from exposure, embarrassment and additional counts added to this federal suit.

3.) Theres atleast 18 pieces of evidence missing, destroyed,

and tampered with just some of the pieces listed as follows:

a.) Plaintiffs hat destroyed by the State Police (they admitt to this)

b.) the car the plaintiff was shot in was hid in Iowa in a junkyard State Police admitts to letting this key piece of evidence go.

c.) drawings the plaintiff drew at the hospital on 5/7/02 of what took place from start to finish state police admitt destroying

d.) plaintiffs shirt cut off at the scene by officers of Dekalb Braden and Grubbs. (State police claim they cant find it.)

e.) Windows in the car are shown by photos in tact with bullet holes, then broke out with cutting strikes with what appears to be a Night Stick imprints in the glass "with the car still at the scene"

f.) Genoa officers Klink and Smith's V.H.S. tapes are edited and erased Smith's sound is erased, but bleed through on the video portion revealing threats to shoot, while the Klink tape worked perfectly the day before and the day after the shooting but, on 5/7/02. 9 hours are erased expert Steve Cain would testify to this.

g.) Dekalb County officer Grubbs (VHS tape "Alledged" malfunction) and was never recovered and would have filmed the crime scene from the drive.

h.) officer Lynch Genoa Police admitts to taking photos up inside the crime scene while the state police where doing there investigation the state police say they never allowed photos however Lynch tendered 12 photos

4.) That attorney Alan Cooper 233 East Route 38 Suite 202 P.O. Box 194 Rochelle, IL 61068 has accepted my case with a ultimatum to change my testiomy in favor of the defendants, not to sue Ogle County, or expose State Police as I understand it, Im willing to negotiate.

Respectfully submitted

Date: 2-16-10

2 of 2

/s/ Dillon Halton Jr

led: 02/23/10 Page 3 of 3 PageID #:1023

